HERMAN V. VON HOLT *v.* IZUMO TAISHA KYO MISSION OF HAWAII, AN INCORPORATED ASSOCIATION, J O H N H. W I L S O N, LEON K. STERLING, THE CITY AND COUNTY OF HONOLULU, A MUNICIPAL CORPORATION.

No. 4144.

MAY 16, 1960.

TSUKIYAMA, C. J., MARUMOTO, CASSIDY, WIRTZ AND LEWIS, JJ.

*Per Curiam.* The petition for rehearing is granted. Argument will be had on June 30, 1960, at 9:00 A.M.

Counsel are directed to file briefs on the following questions:

(1) Under the facts presented in this case, and without consideration of R.L.H. 1955, Chapter 219, can appellee be allowed an attorney's fee?

(2) If so, does such allowance constitute taxation of "costs" within the meaning of the first sentence of R.L.H. 1955, § 219-23?

The Opening Brief shall be filed within 20 days, the Answering Brief within 35 days and the Reply Brief within 40 days from the date hereof.

*Norman K. Chung* for respondent-appellant, City and County of Honolulu.

*Robert M. Rothwell* for petitioner-appellee.